# EXHIBIT 10

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.

**Exhibit 10 - Great Lakes Pain Injury Centers LLC Damages Chart**

| Payor | Claim Number | Patient Initials | Payment | Payment Date | Check Number |
|---|---|---|---|---|---|
| LM General Insurance Company | 034351772 | J.L. | $150.27 | 1/5/2017 | 40310461 |
| LM General Insurance Company | 034351772 | R.J. | $345.30 | 1/5/2017 | 40310462 |
| LM General Insurance Company | 034351772 | R.J. | $150.27 | 1/5/2017 | 40310463 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 1/6/2017 | 40318966 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 1/6/2017 | 40318967 |
| LM Insurance Corporation | 034587064 | C.W. | $235.39 | 1/6/2017 | 40318968 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 3/1/2017 | 40677328 |
| LM Insurance Corporation | 034587064 | C.W. | $253.33 | 3/1/2017 | 40677329 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 3/1/2017 | 40677330 |
| LM Insurance Corporation | 034587064 | C.W. | $35.93 | 3/1/2017 | 40677331 |
| LM Insurance Corporation | 034587064 | C.W. | $235.39 | 3/1/2017 | 40677332 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 3/1/2017 | 40677333 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 3/1/2017 | 40677334 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 3/1/2017 | 40677335 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 3/1/2017 | 40677336 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 3/1/2017 | 40677337 |
| LM Insurance Corporation | 034587064 | C.W. | $385.66 | 3/1/2017 | 40677338 |
| LM Insurance Corporation | 034587064 | C.W. | $575.47 | 3/8/2017 | 40724119 |
| LM Insurance Corporation | 034587064 | C.W. | $206.41 | 3/14/2017 | 40760980 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 3/14/2017 | 40760981 |
| LM Insurance Corporation | 034587064 | C.W. | $283.94 | 4/3/2017 | 40885739 |
| LM Insurance Corporation | 034587064 | C.W. | $235.39 | 4/3/2017 | 40885740 |
| LM Insurance Corporation | 034587064 | C.W. | $235.39 | 4/3/2017 | 40885741 |
| LM General Insurance Company | 034193828 | M.S. | $376.05 | 4/19/2017 | 40998212 |
| LM General Insurance Company | 034193828 | M.S. | $291.53 | 4/19/2017 | 40998213 |
| LM General Insurance Company | 031765346 | C.B. | $3,625.00 | 4/21/2017 | 41015878 |
| LM Insurance Corporation | 034587064 | C.W. | $235.39 | 4/21/2017 | 41016672 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 4/21/2017 | 41016673 |
| LM Insurance Corporation | 034587064 | C.W. | $235.39 | 4/21/2017 | 41016674 |
| LM Insurance Corporation | 034587064 | C.W. | $369.06 | 4/21/2017 | 41016675 |
| LM Insurance Corporation | 034587064 | C.W. | $470.78 | 5/11/2017 | 41146183 |
| LM Insurance Corporation | 034587064 | C.W. | $235.39 | 5/11/2017 | 41146184 |
| LM Insurance Corporation | 034587064 | C.W. | $150.27 | 5/11/2017 | 41146185 |
| LM Insurance Corporation | 034587064 | C.W. | $235.39 | 5/25/2017 | 41241627 |
| LM Insurance Corporation | 034587064 | C.W. | $235.39 | 5/25/2017 | 41241628 |
| LM Insurance Corporation | 034587064 | C.W. | $376.05 | 5/25/2017 | 41241629 |
| LM General Insurance Company | 035294015 | Y.G. | $206.41 | 6/15/2017 | 41376053 |
| LM General Insurance Company | 035294015 | Y.G. | $110.66 | 6/15/2017 | 41376054 |
| LM General Insurance Company | 035294015 | Y.G. | $229.41 | 6/15/2017 | 41376055 |
| LM General Insurance Company | 035294015 | Y.G. | $2,698.97 | 6/26/2017 | 41440477 |
| LM General Insurance Company | 035294015 | Y.G. | $235.39 | 7/17/2017 | 41567478 |
| LM General Insurance Company | 035294015 | Y.G. | $206.41 | 7/17/2017 | 41567479 |
| LM General Insurance Company | 035294015 | Y.G. | $369.06 | 7/17/2017 | 41567480 |
| LM General Insurance Company | 035294015 | Y.G. | $291.53 | 7/17/2017 | 41567481 |
| LM General Insurance Company | 035294015 | Y.G. | $235.39 | 7/17/2017 | 41567482 |
| LM General Insurance Company | 035294015 | Y.G. | $235.39 | 7/17/2017 | 41567483 |
| LM General Insurance Company | 035294015 | Y.G. | $235.39 | 7/17/2017 | 41567484 |
| LM General Insurance Company | 035294015 | Y.G. | $208.34 | 7/17/2017 | 41567485 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 7/17/2017 | 41567486 |
| LM General Insurance Company | 035294015 | Y.G. | $587.95 | 7/25/2017 | 41624511 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 7/25/2017 | 41624512 |
| LM General Insurance Company | 035294015 | Y.G. | $142.59 | 7/25/2017 | 41624513 |
| LM General Insurance Company | 035294015 | Y.G. | $294.26 | 7/25/2017 | 41624514 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 7/25/2017 | 41624515 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 7/25/2017 | 41624516 |
| LM General Insurance Company | 035294015 | Y.G. | $570.00 | 8/1/2017 | 41673776 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 8/14/2017 | 41760029 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 8/21/2017 | 41805724 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 8/21/2017 | 41805725 |
| LM General Insurance Company | 035294015 | Y.G. | $372.51 | 8/21/2017 | 41805726 |
| LM General Insurance Company | 035294015 | Y.G. | $303.40 | 8/21/2017 | 41805727 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 8/21/2017 | 41805728 |

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.

Exhibit 10 - Great Lakes Pain Injury Centers LLC Damages Chart

| | | | | | |
|---|---|---|---|---|---|
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 8/21/2017 | 41805729 |
| LM General Insurance Company | 035294015 | Y.G. | $208.34 | 8/21/2017 | 41805730 |
| LM General Insurance Company | 035294015 | Y.G. | $294.26 | 8/21/2017 | 41805731 |
| LM General Insurance Company | 035294015 | Y.G. | $208.34 | 8/21/2017 | 41805732 |
| LM General Insurance Company | 035130457 | A.H. | $350.12 | 8/24/2017 | 41834704 |
| LM General Insurance Company | 035130457 | A.H. | $151.67 | 8/24/2017 | 41834705 |
| LM General Insurance Company | 035294015 | Y.G. | $294.26 | 9/12/2017 | 41942604 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 9/12/2017 | 41942605 |
| LM General Insurance Company | 035294015 | Y.G. | $294.26 | 9/12/2017 | 41942606 |
| LM General Insurance Company | 035294015 | Y.G. | $294.26 | 9/12/2017 | 41942607 |
| LM General Insurance Company | 035294015 | Y.G. | $294.26 | 9/12/2017 | 41942608 |
| LM General Insurance Company | 035294015 | Y.G. | $637.52 | 10/9/2017 | 42121711 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 10/9/2017 | 42121712 |
| LM General Insurance Company | 035294015 | Y.G. | $0.86 | 10/10/2017 | 42131520 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 10/10/2017 | 42131521 |
| LM General Insurance Company | 035294015 | Y.G. | $294.26 | 10/10/2017 | 42131522 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 10/30/2017 | 42261525 |
| LM General Insurance Company | 035294015 | Y.G. | $151.67 | 10/30/2017 | 42261526 |
| LM General Insurance Company | 035294015 | Y.G. | $429.18 | 10/30/2017 | 42261527 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 10/30/2017 | 42261528 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $406.79 | 11/7/2017 | 3110767 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $455.01 | 11/9/2017 | 3130775 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 11/9/2017 | 42332673 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 11/9/2017 | 42332674 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 11/9/2017 | 42332675 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 11/9/2017 | 42332676 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $237.59 | 11/20/2017 | 3240737 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $303.34 | 11/20/2017 | 3240739 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $151.67 | 11/20/2017 | 3240740 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $151.67 | 11/20/2017 | 3240742 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 11/27/2017 | 42436233 |
| LM General Insurance Company | 035294015 | Y.G. | $343.26 | 11/27/2017 | 42436234 |
| LM General Insurance Company | 035294015 | Y.G. | $294.26 | 11/27/2017 | 42436235 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 11/27/2017 | 42436236 |
| LM General Insurance Company | 035618717 | K.M. | $150.27 | 11/30/2017 | 42465412 |
| LM General Insurance Company | 035618717 | K.M. | $235.39 | 11/30/2017 | 42465413 |
| LM General Insurance Company | 035618717 | K.M. | $237.59 | 11/30/2017 | 42465414 |
| LM General Insurance Company | 035618717 | K.M. | $119.42 | 11/30/2017 | 42465415 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $475.18 | 12/5/2017 | 3390636 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $237.59 | 12/5/2017 | 3390637 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $372.51 | 12/7/2017 | 3410560 |
| LM General Insurance Company | 035618717 | K.M. | $346.89 | 12/7/2017 | 42517276 |
| LM General Insurance Company | 035618717 | K.M. | $150.27 | 12/7/2017 | 42517277 |
| LM General Insurance Company | 035618717 | K.M. | $150.27 | 12/7/2017 | 42517278 |
| LM General Insurance Company | 035618717 | K.M. | $372.51 | 12/7/2017 | 42517279 |
| LM General Insurance Company | 035294015 | Y.G. | $531.85 | 12/11/2017 | 42535386 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $237.59 | 12/16/2017 | 3500530 |
| LM General Insurance Company | 035294015 | Y.G. | $294.26 | 12/18/2017 | 42584316 |
| LM General Insurance Company | 035294015 | Y.G. | $294.26 | 1/3/2018 | 42673061 |
| LM General Insurance Company | 035294015 | Y.G. | $429.18 | 1/3/2018 | 42673062 |
| LM General Insurance Company | 036446286 | M.W. | $151.67 | 1/11/2018 | 42731178 |
| LM General Insurance Company | 036446286 | M.W. | $151.67 | 1/11/2018 | 42731179 |
| LM General Insurance Company | 035294015 | Y.G. | $237.59 | 1/16/2018 | 42762170 |
| LM General Insurance Company | 036446286 | M.W. | $237.59 | 1/19/2018 | 42790786 |
| LM General Insurance Company | 036446286 | M.W. | $237.59 | 1/19/2018 | 42790787 |
| LM General Insurance Company | 036446286 | M.W. | $237.59 | 1/19/2018 | 42790788 |
| LM General Insurance Company | 036446286 | M.W. | $151.67 | 1/19/2018 | 42790789 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $285.00 | 2/3/2018 | 340311 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $410.00 | 2/3/2018 | 340312 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $285.00 | 2/3/2018 | 340313 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $2,255.00 | 2/8/2018 | 390348 |
| LM General Insurance Company | 036446286 | M.W. | $653.46 | 2/26/2018 | 43047796 |
| LM General Insurance Company | 036446286 | M.W. | $810.00 | 3/5/2018 | 43095066 |

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.

**Exhibit 10 - Great Lakes Pain Injury Centers LLC Damages Chart**

| | | | | | |
|---|---|---|---|---|---|
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $305.00 | 3/20/2018 | 790299 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $305.00 | 3/20/2018 | 790302 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $305.00 | 3/27/2018 | 860408 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $610.00 | 3/27/2018 | 860409 |
| LM General Insurance Company | 031765346 | J.B. | $3,625.00 | 6/7/2018 | 43765093 |
| LM General Insurance Company | 038122891 | D.W. | $1,033.08 | 10/9/2018 | 44663409 |
| LM General Insurance Company | 037607888 | J.H. | $457.02 | 10/15/2018 | 44707756 |
| LM General Insurance Company | 037607888 | J.H. | $307.02 | 10/15/2018 | 44707757 |
| LM General Insurance Company | 037607888 | J.H. | $169.00 | 10/15/2018 | 44707758 |
| LM General Insurance Company | 037607888 | J.H. | $262.02 | 10/15/2018 | 44707759 |
| LM General Insurance Company | 037607888 | J.H. | $262.02 | 10/15/2018 | 44707760 |
| LM General Insurance Company | 037607888 | J.H. | $192.02 | 10/15/2018 | 44707761 |
| LM General Insurance Company | 037607888 | J.H. | $307.02 | 10/15/2018 | 44707762 |
| LM General Insurance Company | 037607888 | J.H. | $432.02 | 10/15/2018 | 44707763 |
| LM General Insurance Company | 037607888 | J.H. | $192.02 | 10/15/2018 | 44707764 |
| LM General Insurance Company | 037607888 | J.H. | $192.02 | 10/15/2018 | 44707765 |
| LM General Insurance Company | 037607888 | J.H. | $307.02 | 10/15/2018 | 44707766 |
| LM General Insurance Company | 037607888 | J.H. | $307.02 | 10/15/2018 | 44707767 |
| LM General Insurance Company | 037607888 | J.H. | $307.02 | 10/15/2018 | 44707768 |
| LM General Insurance Company | 037607888 | J.H. | $307.02 | 10/15/2018 | 44707769 |
| LM General Insurance Company | 038122891 | D.W. | $307.02 | 10/16/2018 | 44719074 |
| LM General Insurance Company | 037607888 | J.H. | $614.04 | 10/16/2018 | 44719075 |
| LM General Insurance Company | 037607888 | J.H. | $764.04 | 10/16/2018 | 44719076 |
| LM General Insurance Company | 038122891 | D.W. | $192.02 | 10/23/2018 | 44773940 |
| LM General Insurance Company | 038122891 | D.W. | $614.04 | 10/23/2018 | 44773941 |
| LM General Insurance Company | 037607888 | J.H. | $120.00 | 10/23/2018 | 44773942 |
| LM General Insurance Company | 037607888 | J.H. | $649.04 | 11/7/2018 | 44898788 |
| LM General Insurance Company | 038122891 | D.W. | $2,274.14 | 11/9/2018 | 44922088 |
| LM General Insurance Company | 037765078 | B.G. | $1,113.08 | 11/13/2018 | 44946409 |
| LM General Insurance Company | 037765078 | B.G. | $1,046.06 | 11/27/2018 | 45048833 |
| LM General Insurance Company | 038122891 | D.W. | $761.06 | 11/27/2018 | 45048834 |
| LM General Insurance Company | 037607888 | J.H. | $614.04 | 11/30/2018 | 45085856 |
| LM General Insurance Company | 037765078 | B.G. | $307.02 | 12/10/2018 | 45161918 |
| LM General Insurance Company | 038122891 | D.W. | $230.00 | 12/10/2018 | 45161919 |
| LM General Insurance Company | 038122891 | D.W. | $230.00 | 12/10/2018 | 45161920 |
| LM General Insurance Company | 037765078 | B.G. | $2.10 | 12/11/2018 | 45176405 |
| LM General Insurance Company | 037765078 | B.G. | $457.02 | 12/11/2018 | 45176406 |
| LM General Insurance Company | 037765078 | B.G. | $9.07 | 12/13/2018 | 45202347 |
| LM General Insurance Company | 037765078 | B.G. | $2.36 | 12/13/2018 | 45202348 |
| LM General Insurance Company | 037765078 | B.G. | $9.07 | 12/13/2018 | 45202349 |
| LM General Insurance Company | 037765078 | B.G. | $1,724.14 | 12/13/2018 | 45202350 |
| LM General Insurance Company | 037765078 | B.G. | $499.04 | 12/13/2018 | 45202351 |
| LM General Insurance Company | 037765078 | B.G. | $307.02 | 12/13/2018 | 45202352 |
| LM General Insurance Company | 037607888 | J.H. | $307.02 | 12/17/2018 | 45227298 |
| LM General Insurance Company | 037765078 | B.G. | $307.02 | 12/20/2018 | 45266271 |
| LM General Insurance Company | 038122891 | D.W. | $1,007.02 | 12/28/2018 | 45316561 |
| LM General Insurance Company | 037607888 | J.H. | $614.04 | 12/28/2018 | 45316562 |
| LM General Insurance Company | 037765078 | B.G. | $432.02 | 1/7/2019 | 45379704 |
| LM General Insurance Company | 037765078 | B.G. | $192.02 | 1/7/2019 | 45379705 |
| LM General Insurance Company | 037765078 | B.G. | $614.04 | 1/7/2019 | 45379706 |
| LM General Insurance Company | 037607888 | J.H. | $614.04 | 1/8/2019 | 45393931 |
| LM General Insurance Company | 038122891 | D.W. | $230.00 | 1/11/2019 | 45433171 |
| LM General Insurance Company | 038122891 | D.W. | $230.00 | 1/11/2019 | 45433172 |
| LM General Insurance Company | 037765078 | B.G. | $192.02 | 1/22/2019 | 45516355 |
| LM General Insurance Company | 037765078 | B.G. | $602.00 | 1/22/2019 | 45516356 |
| LM General Insurance Company | 037765078 | B.G. | $5.75 | 1/23/2019 | 45532662 |
| LM General Insurance Company | 037765078 | B.G. | $307.02 | 1/23/2019 | 45532663 |
| LM General Insurance Company | 038122891 | D.W. | $380.00 | 1/25/2019 | 45557449 |
| LM General Insurance Company | 037765078 | B.G. | $372.00 | 2/19/2019 | 45780374 |
| LM General Insurance Company | 037607888 | J.H. | $336.00 | 2/19/2019 | 45780375 |
| LM General Insurance Company | 038970739 | N.L. | $186.00 | 2/19/2019 | 45780376 |
| LM General Insurance Company | 038970739 | A.L. | $637.00 | 2/20/2019 | 45792535 |
| LM General Insurance Company | 037765078 | B.G. | $614.00 | 2/20/2019 | 45792536 |

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.

**Exhibit 10 - Great Lakes Pain Injury Centers LLC Damages Chart**

| | | | | | |
|---|---|---|---|---|---|
| LM General Insurance Company | 038970739 | N.L. | $451.00 | 2/25/2019 | 45826971 |
| LM General Insurance Company | 038344774 | V.K. | $1.05 | 3/8/2019 | 45946770 |
| LM General Insurance Company | 038344774 | V.K. | $1.77 | 3/8/2019 | 45946771 |
| LM General Insurance Company | 038344774 | V.K. | $0.71 | 3/8/2019 | 45946772 |
| LM General Insurance Company | 038970739 | A.L. | $186.00 | 3/8/2019 | 45946773 |
| LM General Insurance Company | 038970739 | A.L. | $301.00 | 3/8/2019 | 45946774 |
| LM General Insurance Company | 037765078 | B.G. | $301.00 | 3/8/2019 | 45946775 |
| LM General Insurance Company | 038970739 | N.L. | $186.00 | 3/8/2019 | 45946776 |
| LM General Insurance Company | 038970739 | N.L. | $301.00 | 3/8/2019 | 45946777 |
| LM General Insurance Company | 038344774 | V.K. | $457.02 | 3/8/2019 | 45946778 |
| LM General Insurance Company | 038344774 | V.K. | $768.08 | 3/8/2019 | 45946779 |
| LM General Insurance Company | 038344774 | V.K. | $307.02 | 3/8/2019 | 45946780 |
| LM General Insurance Company | 038970739 | A.L. | $903.00 | 3/11/2019 | 45960270 |
| LM General Insurance Company | 038970739 | N.L. | $903.00 | 3/11/2019 | 45960271 |
| LM General Insurance Company | 038970739 | A.L. | $301.00 | 3/27/2019 | 46123223 |
| LM General Insurance Company | 038970739 | A.L. | $301.00 | 3/27/2019 | 46123224 |
| LM General Insurance Company | 038970739 | N.L. | $301.00 | 4/1/2019 | 46165121 |
| LM General Insurance Company | 038970739 | N.L. | $301.00 | 4/1/2019 | 46165122 |
| LM General Insurance Company | 038970739 | A.L. | $416.00 | 4/5/2019 | 46219111 |
| LM General Insurance Company | 038970739 | N.L. | $416.00 | 4/5/2019 | 46219112 |
| LM General Insurance Company | 038970739 | A.L. | $416.00 | 4/25/2019 | 46407160 |
| LM General Insurance Company | 037765078 | B.G. | $416.00 | 4/25/2019 | 46407161 |
| LM General Insurance Company | 038970739 | A.L. | $416.00 | 4/29/2019 | 46433672 |
| LM General Insurance Company | 038970739 | N.L. | $416.00 | 4/29/2019 | 46433673 |
| LM General Insurance Company | 038970739 | N.L. | $416.00 | 4/29/2019 | 46433674 |
| LM General Insurance Company | 037765078 | B.G. | $416.00 | 4/30/2019 | 46448093 |
| LM General Insurance Company | 038970739 | A.L. | $959.00 | 5/21/2019 | 46649036 |
| LM General Insurance Company | 039608984 | L.B. | $2,487.00 | 5/21/2019 | 46649037 |
| LM General Insurance Company | 038970739 | N.L. | $959.00 | 5/21/2019 | 46649038 |
| LM General Insurance Company | 038970739 | A.L. | $370.00 | 6/5/2019 | 46792167 |
| LM General Insurance Company | 039608984 | L.B. | $416.00 | 6/5/2019 | 46792168 |
| LM General Insurance Company | 038970739 | N.L. | $1,248.00 | 6/10/2019 | 46831557 |
| LM General Insurance Company | 038970739 | A.R. | $46.00 | 6/19/2019 | 46930397 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $7,200.00 | 10/8/2019 | 2810138 |
| LM General Insurance Company | 039092924 | S.O. | $186.00 | 10/14/2019 | 48080847 |
| LM General Insurance Company | 039092924 | S.O. | $301.00 | 10/14/2019 | 48080848 |
| LM General Insurance Company | 039092924 | S.O. | $301.00 | 10/14/2019 | 48080849 |
| LM General Insurance Company | 039092924 | S.O. | $416.00 | 10/14/2019 | 48080850 |
| LM General Insurance Company | 039092924 | S.O. | $416.00 | 10/14/2019 | 48080851 |
| LM General Insurance Company | 039092924 | S.O. | $170.16 | 10/14/2019 | 48080852 |
| LM General Insurance Company | 039092924 | S.O. | $62.16 | 10/14/2019 | 48080853 |
| LM General Insurance Company | 039092924 | S.O. | $416.00 | 10/14/2019 | 48080854 |
| LM General Insurance Company | 039092924 | S.O. | $416.00 | 10/14/2019 | 48080855 |
| LM General Insurance Company | 039092924 | S.O. | $416.00 | 10/14/2019 | 48080856 |
| LM General Insurance Company | 039092924 | S.O. | $416.00 | 10/14/2019 | 48080857 |
| LM General Insurance Company | 039092924 | S.O. | $416.00 | 10/14/2019 | 48080858 |
| LM General Insurance Company | 039092924 | S.O. | $230.00 | 10/14/2019 | 48080859 |
| LM General Insurance Company | 039092924 | S.O. | $393.00 | 10/14/2019 | 48080860 |
| LM General Insurance Company | 038344774 | V.K. | $115.00 | 12/11/2019 | 48613666 |
| LM General Insurance Company | 038344774 | V.K. | $504.46 | 12/11/2019 | 48613794 |
| LM General Insurance Company | 038344774 | V.K. | $28.92 | 3/25/2020 | 49570300 |
| LM General Insurance Company | 038344774 | V.K. | $115.00 | 4/30/2020 | 49853219 |
| LM General Insurance Company | 038344774 | V.K. | $2.65 | 5/4/2020 | 49870411 |
| LM General Insurance Company | 043677240 | D.J. | $3,844.00 | 6/7/2021 | 53024290 |
| LM General Insurance Company | 043677240 | D.J. | $10,537.00 | 6/10/2021 | 53055356 |
| LM General Insurance Company | 043677240 | D.J. | $230.00 | 6/28/2021 | 53184472 |
| LM General Insurance Company | 043677240 | D.J. | $110.00 | 7/13/2021 | 53296159 |
| Liberty Mutual Personal Insurance Company | 047014088 | A.S. | $329.02 | 10/30/2021 | 54152758 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $624.78 | 11/4/2021 | 54186154 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $1,268.74 | 11/4/2021 | 54186155 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $239.45 | 11/19/2021 | 54310264 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $260.15 | 3/3/2022 | 55096419 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $114.40 | 3/4/2022 | 55106980 |

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.

**Exhibit 10 - Great Lakes Pain Injury Centers LLC Damages Chart**

| | | | | | |
|---|---|---|---|---|---|
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $1,259.50 | 3/8/2022 | 55127621 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $2,134.75 | 3/12/2022 | 55176284 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $1,190.55 | 5/10/2022 | 55623119 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $1,511.16 | 5/10/2022 | 55623120 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $933.92 | 6/18/2022 | 55944831 |

**Total Damages**    **$125,488.56**