# EXHIBIT 11

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.
**Exhibit 11 - Pioneer Lab Houston LP Damages Chart**

| Payor | Claim Number | Patient Initials | Payment | Payment Date | Check Number |
|---|---|---|---|---|---|
| LM General Insurance Company | 038169235 | L.P. | $1,454.53 | 11/13/2019 | 48358786 |
| SAFECO Insurance Company of Illinois | 635751596039 | M.B. | $1,711.86 | 1/16/2020 | 160072 |
| SAFECO Insurance Company of Illinois | 635751596039 | M.B. | $3,500.00 | 3/28/2020 | 880068 |
| SAFECO Insurance Company of Illinois | 041347290 | R.B. | $1,310.82 | 5/5/2020 | 49887496 |
| SAFECO Insurance Company of Illinois | 041347290 | R.B. | $1,310.82 | 5/5/2020 | 49887497 |
| LM Insurance Corporation | 042950696 | K.L. | $1,264.42 | 9/1/2020 | 50788441 |
| LM General Insurance Company | 038438903 | S.W. | $4,200.00 | 9/2/2020 | 50794553 |
| LM Insurance Corporation | 042950696 | K.L. | $1,264.42 | 9/9/2020 | 50848193 |
| LM General Insurance Company | 040896311 | W.E. | $1,310.82 | 9/29/2020 | 51025704 |
| LM General Insurance Company | 040896311 | W.E. | $1,264.42 | 9/29/2020 | 51025705 |
| LM Insurance Corporation | 042016272 | L.M. | $1,264.42 | 9/30/2020 | 51037256 |
| LM Insurance Corporation | 042016272 | L.M. | $1,264.42 | 9/30/2020 | 51037257 |
| LM Insurance Corporation | 042016272 | L.M. | $1,264.42 | 10/7/2020 | 51095125 |
| LM Insurance Corporation | 042016272 | L.M. | $1,264.42 | 10/13/2020 | 51144839 |
| LM General Insurance Company | 038240933 | S.W. | $1,100.42 | 10/19/2020 | 51191658 |
| LM Insurance Corporation | 042016272 | L.M. | $1,264.42 | 12/9/2020 | 51620730 |
| LM General Insurance Company | 038240933 | S.W. | $1,264.42 | 2/4/2021 | 52060051 |
| LM Insurance Corporation | 042016272 | L.M. | $1,225.36 | 2/24/2021 | 52213658 |
| SAFECO Insurance Company of Illinois | 043532711 | K.S. | $1,225.36 | 3/2/2021 | 52259802 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $483.58 | 4/26/2021 | 52710769 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $1,201.00 | 6/3/2021 | 53006233 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $1,201.00 | 6/7/2021 | 53027968 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $1,201.00 | 6/7/2021 | 53027969 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $960.80 | 6/8/2021 | 53038332 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $1,201.00 | 6/8/2021 | 53038333 |
| LM Insurance Corporation | 031321201 | N.A. | $944.80 | 7/31/2021 | 53436112 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $689.25 | 11/2/2021 | 54168251 |
| Liberty Mutual Personal Insurance Company | 045651558 | C.H. | $1,739.34 | 11/23/2021 | 54337633 |
| Liberty Mutual Personal Insurance Company | 045651558 | C.H. | $579.78 | 12/7/2021 | 54431661 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $660.34 | 12/9/2021 | 54455140 |
| LM General Insurance Company | 045577874 | J.G. | $579.78 | 12/14/2021 | 54489584 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $2,319.12 | 12/15/2021 | 54500341 |
| LM General Insurance Company | 045577874 | J.G. | $579.78 | 12/23/2021 | 54569428 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $579.78 | 12/28/2021 | 54589795 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $579.78 | 12/31/2021 | 54619399 |
| SAFECO Insurance Company of Illinois | 043848011 | I.J. | $644.20 | 1/6/2022 | 54648830 |
| Liberty Mutual Personal Insurance Company | 045425213 | D.S. | $584.62 | 1/11/2022 | 54681742 |
| Liberty Mutual Personal Insurance Company | 045425213 | D.S. | $367.62 | 1/13/2022 | 54703186 |
| LM General Insurance Company | 047061187 | I.A. | $579.78 | 2/11/2022 | 54937497 |
| LM General Insurance Company | 045577874 | J.G. | $579.78 | 4/6/2022 | 55365527 |
| Liberty Mutual Personal Insurance Company | 048393174 | T.B. | $579.78 | 4/12/2022 | 55406314 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $1,024.24 | 4/14/2022 | 55428224 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $444.46 | 6/9/2022 | 55861974 |
| LM Insurance Corporation | 040833240 | R.C. | $2,000.00 | 6/25/2022 | 56007203 |
| | | **Total Damages** | **$52,034.38** | | |