# EXHIBIT 12

Case 2:22-cv-12211-SJM-KGA   ECF No. 1-13, PageID.420   Filed 09/20/22   Page 2 of 5

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.
Exhibit 12 - Live Well Health, LLC Damages Chart

| Payor | Claim Number | Patient Initials | Payment | Payment Date | Check Number |
|---|---|---|---|---|---|
| LM General Insurance Company | 034351772 | J.L. | $66.99 | 1/5/2017 | 40310837 |
| LM General Insurance Company | 034351772 | R.J. | $154.85 | 1/5/2017 | 40310838 |
| LM General Insurance Company | 034351772 | R.J. | $52.10 | 1/5/2017 | 40310839 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 1/6/2017 | 40319330 |
| LM Insurance Corporation | 034587064 | C.W. | $104.20 | 1/6/2017 | 40319331 |
| LM General Insurance Company | 034193828 | M.S. | $52.10 | 1/6/2017 | 40319332 |
| LM General Insurance Company | 034193828 | M.S. | $52.10 | 1/6/2017 | 40319333 |
| LM General Insurance Company | 034193828 | M.S. | $52.10 | 1/6/2017 | 40319334 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 1/24/2017 | 40436152 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 1/24/2017 | 40436153 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 1/27/2017 | 40464103 |
| LM Insurance Corporation | 034587064 | C.W. | $156.30 | 2/6/2017 | 40521077 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 2/6/2017 | 40521078 |
| LM Insurance Corporation | 034587064 | C.W. | $139.07 | 2/6/2017 | 40521079 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 2/6/2017 | 40521080 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 2/6/2017 | 40521081 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 2/7/2017 | 40530729 |
| LM General Insurance Company | 034193828 | M.S. | $104.20 | 2/20/2017 | 40614334 |
| LM General Insurance Company | 034193828 | M.S. | $52.10 | 2/20/2017 | 40614335 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 3/1/2017 | 40677741 |
| LM Insurance Corporation | 034587064 | C.W. | $104.20 | 3/1/2017 | 40677742 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 3/1/2017 | 40677743 |
| LM General Insurance Company | 034193828 | M.S. | $52.10 | 3/8/2017 | 40724573 |
| LM General Insurance Company | 034193828 | M.S. | $52.10 | 3/8/2017 | 40724574 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 3/14/2017 | 40761445 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 3/14/2017 | 40761446 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 3/14/2017 | 40761447 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 4/3/2017 | 40886288 |
| LM Insurance Corporation | 034587064 | C.W. | $113.30 | 4/3/2017 | 40886289 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 4/21/2017 | 41017011 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 4/21/2017 | 41017012 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 5/11/2017 | 41146579 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 5/11/2017 | 41146580 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 5/11/2017 | 41146581 |
| LM Insurance Corporation | 034587064 | C.W. | $52.10 | 5/25/2017 | 41242059 |
| LM Insurance Corporation | 034587064 | C.W. | $158.78 | 5/25/2017 | 41242060 |
| LM General Insurance Company | 035294015 | Y.G. | $66.99 | 6/15/2017 | 41376449 |
| LM General Insurance Company | 035294015 | Y.G. | $66.99 | 6/15/2017 | 41376450 |
| LM General Insurance Company | 035294015 | Y.G. | $1,345.48 | 6/26/2017 | 41440985 |
| LM General Insurance Company | 035294015 | Y.G. | $66.99 | 7/17/2017 | 41568002 |
| LM General Insurance Company | 035294015 | Y.G. | $66.99 | 7/17/2017 | 41568003 |
| LM General Insurance Company | 035294015 | Y.G. | $66.99 | 7/17/2017 | 41568004 |
| LM General Insurance Company | 035294015 | Y.G. | $66.99 | 7/17/2017 | 41568005 |
| LM General Insurance Company | 035294015 | Y.G. | $66.99 | 7/17/2017 | 41568006 |
| LM General Insurance Company | 035294015 | Y.G. | $66.99 | 7/17/2017 | 41568007 |
| LM General Insurance Company | 035294015 | Y.G. | $66.99 | 7/17/2017 | 41568008 |
| LM General Insurance Company | 035294015 | Y.G. | $179.77 | 7/17/2017 | 41568009 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 7/17/2017 | 41568010 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 7/17/2017 | 41568011 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 7/25/2017 | 41624848 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 7/25/2017 | 41624849 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 7/25/2017 | 41624850 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 7/25/2017 | 41624851 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 8/21/2017 | 41806170 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 8/21/2017 | 41806171 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 8/21/2017 | 41806172 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 8/21/2017 | 41806173 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 8/22/2017 | 41815568 |

Case 2:22-cv-12211-SJM-KGA   ECF No. 1-13, PageID.421   Filed 09/20/22   Page 3 of 5

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.

Exhibit 12 - Live Well Health, LLC Damages Chart

| | | | | | |
|---|---|---|---|---|---|
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 8/22/2017 | 41815569 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 9/12/2017 | 41942985 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 9/12/2017 | 41942986 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 9/12/2017 | 41942987 |
| LM General Insurance Company | 035294015 | Y.G. | $155.39 | 9/12/2017 | 41942988 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 10/9/2017 | 42122174 |
| LM General Insurance Company | 035294015 | Y.G. | $0.24 | 10/10/2017 | 42131960 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 10/10/2017 | 42131961 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 10/30/2017 | 42262103 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 10/30/2017 | 42262104 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $212.84 | 11/7/2017 | 3110766 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $52.58 | 11/9/2017 | 3130774 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $52.58 | 11/9/2017 | 3130776 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 11/9/2017 | 42333016 |
| LM General Insurance Company | 035294015 | Y.G. | $67.61 | 11/9/2017 | 42333017 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $608.02 | 11/14/2017 | 3180533 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $52.58 | 11/20/2017 | 3240738 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $52.58 | 11/20/2017 | 3240741 |
| LM General Insurance Company | 035618717 | K.M. | $67.61 | 11/30/2017 | 42465848 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $105.16 | 12/5/2017 | 3390638 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $52.58 | 12/5/2017 | 3390639 |
| LM General Insurance Company | 035618717 | K.M. | $284.82 | 12/7/2017 | 42517583 |
| LM General Insurance Company | 035618717 | K.M. | $173.67 | 12/7/2017 | 42517584 |
| LM General Insurance Company | 035618717 | K.M. | $66.99 | 12/7/2017 | 42517585 |
| LM General Insurance Company | 035618717 | K.M. | $66.99 | 12/7/2017 | 42517586 |
| LM General Insurance Company | 035618717 | K.M. | $66.99 | 12/7/2017 | 42517587 |
| LM General Insurance Company | 035618717 | K.M. | $66.99 | 12/7/2017 | 42517588 |
| LM General Insurance Company | 035618717 | K.M. | $66.99 | 12/7/2017 | 42517589 |
| LM General Insurance Company | 035618717 | K.M. | $66.99 | 12/7/2017 | 42517590 |
| LM General Insurance Company | 035618717 | K.M. | $67.61 | 12/7/2017 | 42517591 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $52.58 | 12/27/2017 | 3610391 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $52.58 | 12/27/2017 | 3610392 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $298.10 | 1/4/2018 | 40509 |
| LM General Insurance Company | 036446286 | M.W. | $501.85 | 1/11/2018 | 42731625 |
| LM General Insurance Company | 036446286 | M.W. | $52.58 | 1/11/2018 | 42731626 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $52.58 | 1/13/2018 | 130321 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $105.16 | 1/13/2018 | 130322 |
| LM General Insurance Company | 036446286 | M.W. | $52.58 | 1/19/2018 | 42791094 |
| LM General Insurance Company | 036446286 | M.W. | $52.58 | 1/19/2018 | 42791095 |
| LM General Insurance Company | 036446286 | M.W. | $52.58 | 1/19/2018 | 42791096 |
| LM General Insurance Company | 036446286 | M.W. | $52.58 | 1/19/2018 | 42791097 |
| LM General Insurance Company | 036446286 | M.W. | $153.02 | 1/19/2018 | 42791098 |
| LM General Insurance Company | 036446286 | M.W. | $100.44 | 1/19/2018 | 42791099 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $50.00 | 1/29/2018 | 290450 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $50.00 | 2/3/2018 | 340310 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $150.00 | 2/3/2018 | 340314 |
| LM General Insurance Company | 036446286 | M.W. | $365.00 | 2/14/2018 | 42971523 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $100.00 | 2/15/2018 | 460450 |
| LM General Insurance Company | 036446286 | M.W. | $95.00 | 2/26/2018 | 43048276 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $50.00 | 2/27/2018 | 580380 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $50.00 | 3/7/2018 | 660358 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $50.00 | 3/20/2018 | 790300 |
| SAFECO Insurance Company of Illinois | 693188866036 | C.R. | $50.00 | 3/20/2018 | 790301 |
| LM General Insurance Company | 036446286 | M.W. | $50.00 | 4/13/2018 | 43384204 |
| LM General Insurance Company | 036446286 | M.W. | $50.00 | 4/13/2018 | 43384205 |
| LM General Insurance Company | 036446286 | M.W. | $50.00 | 4/13/2018 | 43384206 |
| LM General Insurance Company | 036945752 | K.G. | $335.00 | 5/1/2018 | 43506497 |
| LM General Insurance Company | 038122891 | D.W. | $551.00 | 10/9/2018 | 44663804 |
| LM General Insurance Company | 037607888 | J.H. | $926.00 | 10/15/2018 | 44708198 |

Case 2:22-cv-12211-SJM-KGA ECF No. 1-13, PageID.422 Filed 09/20/22 Page 4 of 5

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.

Exhibit 12 - Live Well Health, LLC Damages Chart

| | | | | | |
|---|---|---|---|---|---|
| LM General Insurance Company | 037607888 | J.H. | $65.00 | 10/15/2018 | 44708199 |
| LM General Insurance Company | 037607888 | J.H. | $65.00 | 10/15/2018 | 44708200 |
| LM General Insurance Company | 037607888 | J.H. | $65.00 | 10/15/2018 | 44708201 |
| LM General Insurance Company | 037607888 | J.H. | $195.00 | 10/15/2018 | 44708202 |
| LM General Insurance Company | 037607888 | J.H. | $140.00 | 10/15/2018 | 44708203 |
| LM General Insurance Company | 037607888 | J.H. | $65.00 | 10/15/2018 | 44708204 |
| LM General Insurance Company | 037607888 | J.H. | $130.00 | 10/15/2018 | 44708205 |
| LM General Insurance Company | 037607888 | J.H. | $195.00 | 10/15/2018 | 44708206 |
| LM General Insurance Company | 037607888 | J.H. | $200.00 | 10/15/2018 | 44708207 |
| LM General Insurance Company | 037607888 | J.H. | $65.00 | 10/15/2018 | 44708208 |
| LM General Insurance Company | 038122891 | D.W. | $55.00 | 10/16/2018 | 44719470 |
| LM General Insurance Company | 038122891 | D.W. | $275.00 | 10/23/2018 | 44774313 |
| LM General Insurance Company | 037607888 | J.H. | $65.00 | 10/23/2018 | 44774314 |
| LM General Insurance Company | 037607888 | J.H. | $65.00 | 10/23/2018 | 44774315 |
| LM General Insurance Company | 038122891 | D.W. | $185.00 | 11/7/2018 | 44899152 |
| LM General Insurance Company | 037607888 | J.H. | $65.00 | 11/7/2018 | 44899153 |
| LM General Insurance Company | 037765078 | B.G. | $55.00 | 11/13/2018 | 44946772 |
| LM General Insurance Company | 037765078 | B.G. | $110.00 | 11/27/2018 | 45049205 |
| LM General Insurance Company | 037765078 | B.G. | $165.00 | 11/27/2018 | 45049206 |
| LM General Insurance Company | 038122891 | D.W. | $220.00 | 11/27/2018 | 45049207 |
| LM General Insurance Company | 038122891 | D.W. | $165.00 | 11/27/2018 | 45049208 |
| LM General Insurance Company | 037607888 | J.H. | $110.00 | 11/30/2018 | 45086170 |
| LM General Insurance Company | 037765078 | B.G. | $55.00 | 12/10/2018 | 45162469 |
| LM General Insurance Company | 038122891 | D.W. | $55.00 | 12/10/2018 | 45162470 |
| LM General Insurance Company | 037607888 | J.H. | $65.00 | 12/17/2018 | 45227815 |
| LM General Insurance Company | 037765078 | B.G. | $8.15 | 12/20/2018 | 45266707 |
| LM General Insurance Company | 037765078 | B.G. | $2.27 | 12/20/2018 | 45266708 |
| LM General Insurance Company | 037765078 | B.G. | $0.42 | 12/20/2018 | 45266709 |
| LM General Insurance Company | 037765078 | B.G. | $1,078.00 | 12/20/2018 | 45266710 |
| LM General Insurance Company | 037765078 | B.G. | $300.00 | 12/20/2018 | 45266711 |
| LM General Insurance Company | 037765078 | B.G. | $55.00 | 12/20/2018 | 45266712 |
| LM General Insurance Company | 037765078 | B.G. | $55.00 | 12/20/2018 | 45266713 |
| LM General Insurance Company | 038122891 | D.W. | $155.00 | 12/28/2018 | 45316991 |
| LM General Insurance Company | 037607888 | J.H. | $130.00 | 12/28/2018 | 45316992 |
| LM General Insurance Company | 037765078 | B.G. | $55.00 | 1/7/2019 | 45380261 |
| LM General Insurance Company | 037765078 | B.G. | $100.00 | 1/7/2019 | 45380262 |
| LM General Insurance Company | 037765078 | B.G. | $55.00 | 1/7/2019 | 45380263 |
| LM General Insurance Company | 037765078 | B.G. | $3.18 | 1/8/2019 | 45394422 |
| LM General Insurance Company | 037765078 | B.G. | $110.00 | 1/8/2019 | 45394423 |
| LM General Insurance Company | 038122891 | D.W. | $55.00 | 1/11/2019 | 45433552 |
| LM General Insurance Company | 038122891 | D.W. | $190.00 | 1/11/2019 | 45433553 |
| LM General Insurance Company | 038122891 | D.W. | $55.00 | 1/11/2019 | 45433554 |
| LM General Insurance Company | 037607888 | J.H. | $68.00 | 1/22/2019 | 45517011 |
| LM General Insurance Company | 037765078 | B.G. | $50.00 | 2/7/2019 | 45678202 |
| LM General Insurance Company | 037765078 | B.G. | $183.00 | 2/7/2019 | 45678203 |
| LM General Insurance Company | 037765078 | B.G. | $193.00 | 2/7/2019 | 45678204 |
| LM General Insurance Company | 037765078 | B.G. | $50.00 | 2/7/2019 | 45678205 |
| LM General Insurance Company | 037607888 | J.H. | $68.00 | 2/8/2019 | 45690590 |
| LM General Insurance Company | 038344774 | V.K. | $211.00 | 2/8/2019 | 45690591 |
| LM General Insurance Company | 038344774 | V.K. | $68.00 | 2/8/2019 | 45690592 |
| LM General Insurance Company | 038970739 | A.L. | $822.00 | 2/25/2019 | 45827486 |
| LM General Insurance Company | 038970739 | N.L. | $822.00 | 2/25/2019 | 45827487 |
| LM General Insurance Company | 038344774 | V.K. | $3.15 | 3/8/2019 | 45947167 |
| LM General Insurance Company | 038344774 | V.K. | $0.15 | 3/8/2019 | 45947168 |
| LM General Insurance Company | 038344774 | V.K. | $0.16 | 3/8/2019 | 45947169 |
| LM General Insurance Company | 038970739 | A.L. | $68.00 | 3/8/2019 | 45947170 |
| LM General Insurance Company | 038344774 | V.K. | $1,370.00 | 3/8/2019 | 45947171 |
| LM General Insurance Company | 038344774 | V.K. | $65.00 | 3/8/2019 | 45947172 |
| LM General Insurance Company | 038344774 | V.K. | $68.00 | 3/8/2019 | 45947173 |

Case 2:22-cv-12211-SJM-KGA ECF No. 1-13, PageID.423 Filed 09/20/22 Page 5 of 5

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.

**Exhibit 12 - Live Well Health, LLC Damages Chart**

| | | | | | |
|---|---|---|---|---|---|
| LM General Insurance Company | 038970739 | A.L. | $272.00 | 3/27/2019 | 46123724 |
| LM General Insurance Company | 038970739 | N.L. | $272.00 | 4/1/2019 | 46165662 |
| LM General Insurance Company | 038970739 | A.L. | $68.00 | 4/5/2019 | 46219563 |
| LM General Insurance Company | 038970739 | A.L. | $184.00 | 4/5/2019 | 46219564 |
| LM General Insurance Company | 038970739 | N.L. | $68.00 | 4/5/2019 | 46219565 |
| LM General Insurance Company | 038970739 | N.L. | $184.00 | 4/5/2019 | 46219566 |
| LM General Insurance Company | 038970739 | N.L. | $68.00 | 4/25/2019 | 46407679 |
| LM General Insurance Company | 038970739 | A.L. | $204.00 | 4/29/2019 | 46434257 |
| LM General Insurance Company | 038970739 | A.L. | $68.00 | 4/29/2019 | 46434258 |
| LM General Insurance Company | 038970739 | N.L. | $204.00 | 4/29/2019 | 46434259 |
| LM General Insurance Company | 038970739 | A.L. | $136.00 | 5/21/2019 | 46649457 |
| LM General Insurance Company | 039608984 | L.B. | $747.00 | 5/21/2019 | 46649458 |
| LM General Insurance Company | 038970739 | N.L. | $136.00 | 5/21/2019 | 46649459 |
| LM General Insurance Company | 039026215 | M.C. | $150.00 | 6/4/2019 | 46778684 |
| LM General Insurance Company | 038970739 | A.L. | $68.00 | 6/5/2019 | 46792638 |
| LM General Insurance Company | 039608984 | L.B. | $298.00 | 6/10/2019 | 46832134 |
| LM General Insurance Company | 038970739 | N.L. | $136.00 | 6/10/2019 | 46832135 |
| LM General Insurance Company | 038970739 | N.L. | $68.00 | 6/10/2019 | 46832136 |
| LM General Insurance Company | 038970739 | A.L. | $118.00 | 6/24/2019 | 46971828 |
| LM General Insurance Company | 038970739 | N.L. | $118.00 | 6/24/2019 | 46971829 |
| LM General Insurance Company | 038970739 | N.L. | $68.00 | 7/17/2019 | 47191810 |
| LM General Insurance Company | 038970739 | N.L. | $2.59 | 7/24/2019 | 47265226 |
| LM General Insurance Company | 038970739 | A.L. | $68.00 | 8/5/2019 | 47381610 |
| LM General Insurance Company | 038970739 | N.L. | $68.00 | 8/5/2019 | 47381611 |
| LM General Insurance Company | 038528545 | D.D. | $189.00 | 10/30/2019 | 48237445 |
| LM General Insurance Company | 038528545 | D.D. | $115.00 | 10/30/2019 | 48237446 |
| LM General Insurance Company | 038528545 | D.D. | $115.00 | 10/30/2019 | 48237447 |
| LM General Insurance Company | 038528545 | D.D. | $115.00 | 10/30/2019 | 48237448 |
| LM General Insurance Company | 038528545 | D.D. | $97.00 | 11/29/2019 | 48511739 |
| LM General Insurance Company | 038528545 | D.D. | $115.00 | 11/29/2019 | 48511740 |
| LM General Insurance Company | 038528545 | D.D. | $165.00 | 11/29/2019 | 48511741 |
| LM General Insurance Company | 038528545 | D.D. | $115.00 | 11/29/2019 | 48511742 |
| LM General Insurance Company | 038528545 | D.D. | $115.00 | 12/11/2019 | 48614095 |
| LM General Insurance Company | 038528545 | D.D. | $115.00 | 12/24/2019 | 48735870 |
| LM General Insurance Company | 038528545 | D.D. | $115.00 | 1/6/2020 | 48827190 |
| LM General Insurance Company | 038528545 | D.D. | $115.00 | 1/21/2020 | 48968364 |
| LM General Insurance Company | 038528545 | D.D. | $112.00 | 1/21/2020 | 48968365 |
| LM General Insurance Company | 038528545 | D.D. | $112.00 | 2/21/2020 | 49285130 |
| LM General Insurance Company | 038528545 | D.D. | $112.00 | 2/21/2020 | 49285131 |
| LM General Insurance Company | 043677240 | D.J. | $68.00 | 4/23/2021 | 52693791 |
| LM General Insurance Company | 043677240 | D.J. | $65.00 | 4/29/2021 | 52739855 |
| LM General Insurance Company | 043677240 | D.J. | $65.00 | 4/29/2021 | 52739856 |
| LM General Insurance Company | 043677240 | D.J. | $65.00 | 4/29/2021 | 52739857 |
| LM General Insurance Company | 043677240 | D.J. | $390.00 | 6/7/2021 | 53024659 |
| LM General Insurance Company | 043677240 | D.J. | $830.00 | 6/7/2021 | 53024660 |
| Liberty Mutual Personal Insurance Company | 047014088 | A.S. | $124.14 | 10/30/2021 | 54153090 |
| Liberty Mutual Personal Insurance Company | 047014088 | A.S. | $88.82 | 11/10/2021 | 54230820 |
| | | | **Total Damages** | **$29,651.00** | |