# EXHIBIT 13

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.

Exhibit 13 - Kevin T. Crawford, D.O., P.C. Damages Chart

| Payor | Claim Number | Patient Initials | Payment | Payment Date | Check Number |
|---|---|---|---|---|---|
| LM General Insurance Company | 033997030 | D.W. | $177.65 | 1/13/2017 | 40367120 |
| LM General Insurance Company | 033997030 | D.W. | $186.70 | 1/25/2017 | 40445743 |
| LM General Insurance Company | 024335420 | L.H. | $29.69 | 3/6/2017 | 40705188 |
| LM General Insurance Company | 024335420 | L.H. | $636.05 | 3/6/2017 | 40705189 |
| LM General Insurance Company | 024335420 | L.H. | $399.26 | 3/13/2017 | 40752505 |
| LM General Insurance Company | 024335420 | L.H. | $399.26 | 3/13/2017 | 40752506 |
| SAFECO Insurance Company of Illinois | 329642036038 | D.M. | $382.05 | 5/25/2017 | 1450212 |
| SAFECO Insurance Company of Illinois | 329642036038 | D.M. | $3.95 | 7/8/2017 | 1890174 |
| SAFECO Insurance Company of Illinois | 329642036038 | D.M. | $6,000.00 | 7/8/2017 | 1890175 |
| SAFECO Insurance Company of Illinois | 329642036038 | D.M. | $1,100.72 | 7/17/2017 | 1980224 |
| SAFECO Insurance Company of Illinois | 329642036038 | D.M. | $332.24 | 7/20/2017 | 2010246 |
| LM General Insurance Company | 024335420 | **L.H.** | $343.47 | 8/2/2017 | 41684087 |
| LM General Insurance Company | 024335420 | L.H. | $343.47 | 8/2/2017 | 41684088 |
| LM General Insurance Company | 024335420 | L.H. | $309.17 | 8/2/2017 | 41684089 |
| LM General Insurance Company | 035875587 | T.P. | $1,345.54 | 9/21/2017 | 42009800 |
| LM General Insurance Company | 035875587 | T.P. | $10,617.38 | 10/5/2017 | 42104861 |
| LM General Insurance Company | 024335420 | L.H. | $244.01 | 10/10/2017 | 42130406 |
| LM General Insurance Company | 035875587 | T.P. | $1,394.99 | 10/23/2017 | 42214762 |
| LM General Insurance Company | 035875587 | T.P. | $1,067.34 | 11/1/2017 | 42281100 |
| LM General Insurance Company | 035875587 | T.P. | $1,067.34 | 11/8/2017 | 42324577 |
| LM General Insurance Company | 035875587 | T.P. | $2,214.37 | 11/20/2017 | 42403627 |
| LM General Insurance Company | 035875587 | T.P. | $1,015.10 | 11/29/2017 | 42455786 |
| LM General Insurance Company | 035875587 | T.P. | $1,107.34 | 12/5/2017 | 42496785 |
| LM General Insurance Company | 035875587 | T.P. | $1,370.88 | 12/5/2017 | 42496786 |
| LM General Insurance Company | 035875587 | T.P. | $867.39 | 12/18/2017 | 42585094 |
| LM General Insurance Company | 035875587 | T.P. | $1,067.34 | 12/18/2017 | 42585095 |
| LM General Insurance Company | 035875587 | T.P. | $1,067.34 | 12/27/2017 | 42639572 |
| LM General Insurance Company | 035875587 | T.P. | $1,067.34 | 1/3/2018 | 42673810 |
| LM General Insurance Company | 035875587 | T.P. | $1,778.90 | 1/9/2018 | 42710992 |
| LM General Insurance Company | 035875587 | T.P. | $6,969.32 | 1/24/2018 | 42823442 |
| LM General Insurance Company | 035875587 | T.P. | $1,256.76 | 2/12/2018 | 42951504 |
| SAFECO Insurance Company of Illinois | 953294426037 | M.P. | $750.00 | 2/22/2018 | 530095 |
| LM General Insurance Company | 035875587 | T.P. | $737.84 | 2/22/2018 | 43029778 |
| LM General Insurance Company | 035875587 | T.P. | $1,000.00 | 3/1/2018 | 43077681 |
| LM General Insurance Company | 035875587 | T.P. | $1,000.00 | 3/1/2018 | 43077682 |
| LM General Insurance Company | 035875587 | T.P. | $1,031.70 | 3/1/2018 | 43077683 |
| LM General Insurance Company | 035875587 | T.P. | $2,700.00 | 3/14/2018 | 43164066 |
| LM General Insurance Company | 035875587 | T.P. | $737.84 | 3/19/2018 | 43193695 |
| LM General Insurance Company | 035875587 | T.P. | $1,176.76 | 3/27/2018 | 43255739 |
| LM General Insurance Company | 035875587 | T.P. | $469.86 | 3/27/2018 | 43255740 |
| LM General Insurance Company | 035875587 | T.P. | $1,176.76 | 4/9/2018 | 43344632 |
| SAFECO Insurance Company of Illinois | 329642036038 | D.M. | $210.00 | 4/12/2018 | 1020178 |
| LM General Insurance Company | 035875587 | T.P. | $732.16 | 4/13/2018 | 43384412 |
| LM General Insurance Company | 035875587 | T.P. | $195.68 | 4/13/2018 | 43384413 |
| LM General Insurance Company | 035875587 | **T.P.** | $438.92 | 4/23/2018 | 43445035 |
| LM General Insurance Company | 035875587 | T.P. | $212.30 | 4/23/2018 | 43445036 |
| LM General Insurance Company | 035875587 | T.P. | $1,130.14 | 4/24/2018 | 43456410 |
| LM General Insurance Company | 035875587 | T.P. | $2,100.00 | 5/1/2018 | 43506702 |
| LM General Insurance Company | 035875587 | T.P. | $830.82 | 5/1/2018 | 43506703 |
| SAFECO Insurance Company of Illinois | 329642036038 | D.M. | $774.02 | 5/2/2018 | 1220102 |
| LM General Insurance Company | 035875587 | T.P. | $13,731.75 | 5/7/2018 | 43545827 |
| LM General Insurance Company | 035875587 | T.P. | $652.30 | 5/10/2018 | 43576432 |
| LM General Insurance Company | 036775825 | D.B. | $1,984.05 | 5/17/2018 | 43624508 |
| LM General Insurance Company | 035875587 | T.P. | $193.00 | 6/7/2018 | 43767282 |
| LM General Insurance Company | 035875587 | T.P. | $363.24 | 6/7/2018 | 43767283 |
| LM General Insurance Company | 035875587 | T.P. | $363.24 | 6/11/2018 | 43786044 |
| LM General Insurance Company | 035875587 | T.P. | $363.24 | 6/22/2018 | 43874202 |
| LM General Insurance Company | 035875587 | T.P. | $346.62 | 6/22/2018 | 43874203 |

1

Case 2:22-cv-12211-SJM-KGA ECF No. 1-14, PageID.426 Filed 09/20/22 Page 3 of 5

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.
Exhibit 13 - Kevin T. Crawford, D.O., P.C. Damages Chart

| | | | | | |
|---|---|---|---|---|---|
| LM General Insurance Company | 035875587 | T.P. | $866.00 | 7/9/2018 | 43981721 |
| LM General Insurance Company | 035875587 | T.P. | $330.00 | 8/20/2018 | 44288350 |
| LM General Insurance Company | 035875587 | T.P. | $315.68 | 8/20/2018 | 44289605 |
| LM General Insurance Company | 035875587 | T.P. | $245.68 | 8/20/2018 | 44289606 |
| LM General Insurance Company | 035875587 | T.P. | $352.35 | 8/20/2018 | 44289607 |
| LM General Insurance Company | 035875587 | T.P. | $363.34 | 8/20/2018 | 44289608 |
| LM General Insurance Company | 035875587 | T.P. | $296.67 | 8/22/2018 | 44309310 |
| SAFECO Insurance Company of Illinois | 775634635033 | C.H. | $0.46 | 8/30/2018 | 2420016 |
| SAFECO Insurance Company of Illinois | 775634635033 | C.H. | $31.72 | 8/30/2018 | 2420017 |
| SAFECO Insurance Company of Illinois | 775634635033 | C.H. | $340.00 | 10/4/2018 | 2770021 |
| LM General Insurance Company | 035875587 | T.P. | $121.00 | 10/10/2018 | 44676401 |
| LM General Insurance Company | 035875587 | T.P. | $372.35 | 10/23/2018 | 44774606 |
| LM General Insurance Company | 035875587 | T.P. | $235.68 | 10/23/2018 | 44774607 |
| LM General Insurance Company | 035875587 | T.P. | $369.02 | 11/15/2018 | 44972663 |
| LM General Insurance Company | 035875587 | T.P. | $419.02 | 11/15/2018 | 44972664 |
| LM General Insurance Company | 035875587 | T.P. | $332.35 | 11/15/2018 | 44972665 |
| LM General Insurance Company | 035875587 | T.P. | $419.02 | 11/15/2018 | 44972666 |
| LM General Insurance Company | 035875587 | T.P. | $81.20 | 11/26/2018 | 45037612 |
| LM General Insurance Company | 035875587 | T.P. | $332.35 | 11/26/2018 | 45038848 |
| LM General Insurance Company | 035875587 | T.P. | $363.34 | 11/26/2018 | 45038849 |
| LM General Insurance Company | 035875587 | T.P. | $332.35 | 11/26/2018 | 45038850 |
| LM General Insurance Company | 035875587 | T.P. | $369.02 | 11/26/2018 | 45038851 |
| LM General Insurance Company | 035875587 | T.P. | $332.35 | 11/26/2018 | 45038852 |
| LM General Insurance Company | 035875587 | T.P. | $313.34 | 11/26/2018 | 45038853 |
| LM General Insurance Company | 035875587 | T.P. | $363.34 | 12/5/2018 | 45126019 |
| LM General Insurance Company | 035875587 | T.P. | $363.24 | 12/6/2018 | 45137643 |
| LM General Insurance Company | 035875587 | T.P. | $363.34 | 12/6/2018 | 45137644 |
| LM General Insurance Company | 035875587 | T.P. | $363.34 | 12/6/2018 | 45137645 |
| LM General Insurance Company | 035875587 | T.P. | $363.34 | 12/6/2018 | 45137646 |
| LM General Insurance Company | 035875587 | T.P. | $363.34 | 12/6/2018 | 45137647 |
| LM General Insurance Company | 035875587 | T.P. | $363.34 | 12/6/2018 | 45137648 |
| LM General Insurance Company | 035875587 | T.P. | $260.00 | 12/6/2018 | 45137649 |
| LM General Insurance Company | 035875587 | T.P. | $346.67 | 12/6/2018 | 45137650 |
| LM General Insurance Company | 035875587 | T.P. | $276.67 | 12/6/2018 | 45138684 |
| LM General Insurance Company | 035875587 | T.P. | $363.34 | 12/7/2018 | 45148624 |
| LM General Insurance Company | 035875587 | T.P. | $369.02 | 12/10/2018 | 45164534 |
| LM General Insurance Company | 035875587 | T.P. | $369.02 | 12/10/2018 | 45164535 |
| LM General Insurance Company | 035875587 | T.P. | $353.34 | 12/10/2018 | 45164536 |
| LM General Insurance Company | 035875587 | T.P. | $150.00 | 12/17/2018 | 45229828 |
| LM General Insurance Company | 035875587 | T.P. | $353.34 | 1/8/2019 | 45394754 |
| LM General Insurance Company | 035875587 | T.P. | $313.34 | 1/8/2019 | 45394755 |
| LM General Insurance Company | 035875587 | T.P. | $409.02 | 1/8/2019 | 45394756 |
| LM General Insurance Company | 035875587 | T.P. | $409.02 | 1/15/2019 | 45461295 |
| LM General Insurance Company | 035875587 | T.P. | $322.35 | 1/15/2019 | 45461296 |
| LM General Insurance Company | 035875587 | T.P. | $322.35 | 1/15/2019 | 45461297 |
| LM General Insurance Company | 035875587 | T.P. | $409.02 | 1/15/2019 | 45461298 |
| LM General Insurance Company | 035875587 | T.P. | $120.00 | 1/22/2019 | 45517411 |
| LM General Insurance Company | 035875587 | T.P. | $414.46 | 1/22/2019 | 45517412 |
| LM General Insurance Company | 035875587 | T.P. | $73.91 | 1/22/2019 | 45519628 |
| LM General Insurance Company | 035875587 | T.P. | $368.78 | 2/1/2019 | 45625311 |
| LM General Insurance Company | 035875587 | T.P. | $358.78 | 2/1/2019 | 45625312 |
| LM General Insurance Company | 035875587 | T.P. | $2,750.00 | 2/5/2019 | 45653110 |
| LM General Insurance Company | 035875587 | T.P. | $414.46 | 2/5/2019 | 45653111 |
| LM General Insurance Company | 035875587 | T.P. | $414.46 | 2/7/2019 | 45678455 |
| LM General Insurance Company | 035875587 | T.P. | $84.16 | 2/7/2019 | 45678456 |
| LM General Insurance Company | 035875587 | T.P. | $319.39 | 2/7/2019 | 45678457 |
| LM General Insurance Company | 035875587 | T.P. | $319.39 | 2/8/2019 | 45690833 |
| LM General Insurance Company | 035875587 | T.P. | $300.00 | 2/11/2019 | 45699342 |
| LM General Insurance Company | 037765078 | B.G. | $300.00 | 2/18/2019 | 45767805 |

Case 2:22-cv-12211-SJM-KGA  ECF No. 1-14, PageID.427  Filed 09/20/22  Page 4 of 5

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.
Exhibit 13 - Kevin T. Crawford, D.O., P.C. Damages Chart

| | | | | | |
|---|---|---|---|---|---|
| LM General Insurance Company | 037765078 | B.G. | $1,052.95 | 2/18/2019 | 45769299 |
| LM General Insurance Company | 035875587 | T.P. | $300.00 | 3/11/2019 | 45956350 |
| LM General Insurance Company | 035875587 | T.P. | $358.78 | 3/11/2019 | 45956351 |
| LM General Insurance Company | 035875587 | T.P. | $500.00 | 3/12/2019 | 45976636 |
| LM General Insurance Company | 035875587 | T.P. | $750.00 | 3/12/2019 | 45976637 |
| LM General Insurance Company | 035875587 | T.P. | $4,067.40 | 3/13/2019 | 45985310 |
| LM General Insurance Company | 035875587 | T.P. | $787.84 | 3/13/2019 | 45985311 |
| LM General Insurance Company | 035875587 | T.P. | $399.86 | 3/13/2019 | 45985312 |
| LM General Insurance Company | 035875587 | T.P. | $363.24 | 3/13/2019 | 45985314 |
| LM General Insurance Company | 035875587 | T.P. | $737.84 | 3/13/2019 | 45985315 |
| LM General Insurance Company | 035875587 | T.P. | $368.92 | 3/13/2019 | 45985316 |
| LM General Insurance Company | 035875587 | T.P. | $4,097.98 | 3/13/2019 | 45985318 |
| LM General Insurance Company | 035875587 | T.P. | $363.24 | 3/13/2019 | 45985320 |
| LM General Insurance Company | 035875587 | T.P. | $363.24 | 3/13/2019 | 45985321 |
| LM General Insurance Company | 035875587 | T.P. | $363.24 | 3/13/2019 | 45985322 |
| LM General Insurance Company | 035875587 | T.P. | $363.24 | 3/13/2019 | 45985323 |
| LM General Insurance Company | 035875587 | T.P. | $332.35 | 3/13/2019 | 45985324 |
| LM General Insurance Company | 035875587 | T.P. | $296.67 | 3/13/2019 | 45985325 |
| LM General Insurance Company | 035875587 | T.P. | $332.35 | 4/1/2019 | 46166041 |
| LM General Insurance Company | 035875587 | T.P. | $120.00 | 4/1/2019 | 46166042 |
| LM General Insurance Company | 035875587 | T.P. | $121.00 | 4/10/2019 | 46255392 |
| LM General Insurance Company | 035875587 | T.P. | $352.35 | 4/10/2019 | 46255393 |
| LM General Insurance Company | 035875587 | T.P. | $402.35 | 4/10/2019 | 46255394 |
| LM General Insurance Company | 035875587 | T.P. | $332.35 | 4/10/2019 | 46255395 |
| LM General Insurance Company | 035875587 | T.P. | $332.35 | 4/10/2019 | 46255396 |
| LM General Insurance Company | 035875587 | T.P. | $332.35 | 4/10/2019 | 46255397 |
| LM General Insurance Company | 035875587 | T.P. | $332.35 | 4/10/2019 | 46255398 |
| LM General Insurance Company | 035875587 | T.P. | $322.35 | 4/10/2019 | 46255399 |
| LM General Insurance Company | 035875587 | T.P. | $121.00 | 4/10/2019 | 46255400 |
| LM General Insurance Company | 035875587 | T.P. | $282.35 | 4/10/2019 | 46255401 |
| LM General Insurance Company | 035875587 | T.P. | $282.35 | 4/10/2019 | 46255402 |
| LM General Insurance Company | 035875587 | T.P. | $282.35 | 4/10/2019 | 46255403 |
| LM General Insurance Company | 035875587 | T.P. | $296.67 | 4/10/2019 | 46255404 |
| LM General Insurance Company | 035875587 | T.P. | $313.34 | 4/10/2019 | 46255405 |
| LM General Insurance Company | 035875587 | T.P. | $313.34 | 4/10/2019 | 46255406 |
| LM General Insurance Company | 035875587 | T.P. | $120.00 | 6/4/2019 | 46778881 |
| LM General Insurance Company | 035875587 | T.P. | $335.00 | 7/23/2019 | 47246819 |
| LM General Insurance Company | 035875587 | T.P. | $115.00 | 8/5/2019 | 47376597 |
| LM General Insurance Company | 035875587 | T.P. | $180.00 | 10/31/2019 | 48246855 |
| LM General Insurance Company | 035875587 | T.P. | $421.00 | 11/15/2019 | 48387809 |
| LM General Insurance Company | 035875587 | T.P. | $421.00 | 12/17/2019 | 48664118 |
| SAFECO Insurance Company of Illinois | 039383321 | B.C. | $210.00 | 1/9/2020 | 48869469 |
| LM General Insurance Company | 036775825 | D.B. | $11,000.00 | 2/11/2020 | 49172955 |
| LM General Insurance Company | 037169714 | T.S. | $115.00 | 2/17/2020 | 49231751 |
| SAFECO Insurance Company of Illinois | 039383321 | B.C. | $210.00 | 2/27/2020 | 49337711 |
| LM General Insurance Company | 039993112 | R.P. | $370.00 | 4/7/2020 | 49679162 |
| LM General Insurance Company | 039993112 | R.P. | $1,005.00 | 4/15/2020 | 49741840 |
| LM General Insurance Company | 039993112 | R.P. | $445.00 | 4/15/2020 | 49741841 |
| LM General Insurance Company | 039993112 | R.P. | $3,855.00 | 4/15/2020 | 49741842 |
| LM General Insurance Company | 037169714 | T.S. | $115.00 | 4/16/2020 | 49752441 |
| LM Insurance Corporation | 041895089 | A.C. | $303.00 | 4/29/2020 | 49846739 |
| SAFECO Insurance Company of Illinois | 039383321 | B.C. | $115.00 | 6/18/2020 | 50206989 |
| SAFECO Insurance Company of Illinois | 038512937 | Y.B. | $203.00 | 7/6/2020 | 50321076 |
| SAFECO Insurance Company of Illinois | 039383321 | B.C. | $120.00 | 7/15/2020 | 50402696 |
| SAFECO Insurance Company of Illinois | 039383321 | B.C. | $4,920.00 | 8/10/2020 | 50601048 |
| SAFECO Insurance Company of Illinois | 039383321 | B.C. | $120.00 | 9/21/2020 | 50952000 |
| SAFECO Insurance Company of Illinois | 038512937 | Y.B. | $120.00 | 10/20/2020 | 51200511 |
| SAFECO Insurance Company of Illinois | 043532711 | K.S. | $432.00 | 12/31/2020 | 51784937 |
| SAFECO Insurance Company of Illinois | 043319371 | C.A. | $350.00 | 3/5/2021 | 52292778 |

Case 2:22-cv-12211-SJM-KGA ECF No. 1-14, PageID.428 Filed 09/20/22 Page 5 of 5

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.
Exhibit 13 - Kevin T. Crawford, D.O., P.C. Damages Chart

| | | | | | |
|---|---|---|---|---|---|
| SAFECO Insurance Company of Illinois | 038512937 | Y.B. | $714.68 | 5/20/2021 | 52900744 |
| SAFECO Insurance Company of Illinois | 038512937 | Y.B. | $393.32 | 5/20/2021 | 52900745 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $365.59 | 5/26/2021 | 52948352 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $260.17 | 6/4/2021 | 53013542 |
| SAFECO Insurance Company of Illinois | 038512937 | Y.B. | $116.15 | 7/15/2021 | 53314865 |
| SAFECO Insurance Company of Illinois | 043848011 | I.J. | $25.00 | 8/24/2021 | 53609722 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $80.17 | 11/9/2021 | 54219042 |
| SAFECO Insurance Company of Illinois | 043848011 | I.J. | $4,472.54 | 11/25/2021 | 54356862 |
| SAFECO Insurance Company of Illinois | 044037885 | I.J. | $440.00 | 6/18/2022 | 55947202 |
| SAFECO Insurance Company of Illinois | 044037885 | I.J. | $25.00 | 6/18/2022 | 55947203 |
| SAFECO Insurance Company of Illinois | 044037885 | I.J. | $440.00 | 6/18/2022 | 55947204 |
| SAFECO Insurance Company of Illinois | 044037885 | I.J. | $40.00 | 6/21/2022 | 55959495 |

**Total Damages** **$156,617.07**