# EXHIBIT 14

Case 2:22-cv-12211-SJM-KGA ECF No. 1-15, PageID.430 Filed 09/20/22 Page 2 of 3

LM General Insurance Company, et al. v. Northland Radiology, Inc. et al.

Exhibit 14 - Michigan Business Management Group Inc. Damages Chart

| Payor | Claim Number | Patient Initials | Payment | Payment Date | Check Number |
|---|---|---|---|---|---|
| LM General Insurance Company | 039510452 | J.S. | $902.98 | 9/27/2019 | 47933319 |
| LM General Insurance Company | 040829664 | J.C. | $62.13 | 10/14/2019 | 48083559 |
| LM General Insurance Company | 040829664 | J.C. | $53.84 | 10/22/2019 | 48159437 |
| LM General Insurance Company | 039872241 | E.I. | $890.32 | 10/29/2019 | 48226886 |
| SAFECO Insurance Company of Illinois | 040537352 | N.S. | $561.46 | 10/30/2019 | 48239937 |
| LM General Insurance Company | 039872241 | E.I. | $53.50 | 11/8/2019 | 48326046 |
| LM General Insurance Company | 040829664 | J.C. | $615.30 | 11/15/2019 | 48394446 |
| LM General Insurance Company | 040896311 | W.E. | $890.32 | 12/2/2019 | 48523702 |
| LM General Insurance Company | 039510452 | J.S. | $978.02 | 12/2/2019 | 48524438 |
| LM General Insurance Company | 041068174 | M.A. | $740.06 | 12/4/2019 | 48550387 |
| SAFECO Insurance Company of Illinois | 041342129 | F.Z. | $1,476.46 | 12/18/2019 | 48683255 |
| LM General Insurance Company | 039872241 | **E.I.** | $1,539.48 | 12/30/2019 | 48775809 |
| LM General Insurance Company | 041068174 | M.A. | $702.92 | 1/10/2020 | 48886622 |
| LM General Insurance Company | 039510452 | J.S. | $978.02 | 1/16/2020 | 48941872 |
| LM General Insurance Company | 041068174 | N.A. | $1,561.44 | 1/16/2020 | 48941873 |
| LM General Insurance Company | 040896311 | W.E. | $890.32 | 1/16/2020 | 48941874 |
| LM Insurance Corporation | 041224106 | B.M. | $830.32 | 1/21/2020 | 48971410 |
| LM General Insurance Company | 039872241 | E.I. | $1,539.48 | 1/31/2020 | 49086220 |
| LM General Insurance Company | 040829664 | J.C. | $1,505.62 | 1/31/2020 | 49086221 |
| LM General Insurance Company | 038240933 | E.T. | $1,014.36 | 2/3/2020 | 49099509 |
| LM General Insurance Company | 041068174 | M.A. | $1.89 | 2/6/2020 | 49139332 |
| LM General Insurance Company | 041068174 | M.A. | $213.16 | 2/6/2020 | 49139333 |
| LM General Insurance Company | 040937150 | P.W. | $868.18 | 2/17/2020 | 49235032 |
| LM General Insurance Company | 041068174 | N.A. | $999.98 | 2/19/2020 | 49261704 |
| LM General Insurance Company | 041966885 | K.B. | $1,232.18 | 2/25/2020 | 49314874 |
| LM General Insurance Company | 038240933 | S.W. | $890.32 | 3/11/2020 | 49453448 |
| LM General Insurance Company | 039872241 | E.I. | $2,425.62 | 3/12/2020 | 49465580 |
| LM General Insurance Company | 040896311 | W.E. | $62.13 | 3/16/2020 | 49490357 |
| LM General Insurance Company | 040896311 | W.E. | $890.32 | 3/16/2020 | 49490358 |
| LM General Insurance Company | 041068174 | N.A. | $1,623.57 | 3/19/2020 | 49527275 |
| LM General Insurance Company | 040896311 | W.E. | $890.32 | 3/30/2020 | 49611689 |
| LM General Insurance Company | 041068174 | M.A. | $62.13 | 3/31/2020 | 49624175 |
| LM General Insurance Company | 041068174 | N.A. | $2,435.34 | 3/31/2020 | 49624176 |
| LM General Insurance Company | 039510452 | J.S. | $1,776.46 | 4/1/2020 | 49636039 |
| LM General Insurance Company | 040937150 | P.W. | $1,917.05 | 4/1/2020 | 49636040 |
| LM General Insurance Company | 041068174 | M.A. | $1,806.40 | 4/10/2020 | 49711052 |
| LM General Insurance Company | 039872241 | E.I. | $4,836.78 | 4/22/2020 | 49798325 |
| SAFECO Insurance Company of Illinois | 041342129 | F.Z. | $646.15 | 4/23/2020 | 49808170 |
| SAFECO Insurance Company of Illinois | 041051635 | M.B. | $1,094.01 | 5/20/2020 | 49996313 |
| LM General Insurance Company | 039510452 | J.S. | $1,801.78 | 5/28/2020 | 50045304 |
| LM General Insurance Company | 039510452 | J.S. | $677.44 | 5/28/2020 | 50045305 |
| LM General Insurance Company | 041068174 | N.A. | $2,460.66 | 6/18/2020 | 50208624 |
| LM General Insurance Company | 041966885 | K.B. | $1,732.18 | 6/25/2020 | 50256684 |
| LM General Insurance Company | 041966885 | K.B. | $561.46 | 6/25/2020 | 50256685 |
| LM General Insurance Company | 039510452 | **J.S.** | $1,863.91 | 6/29/2020 | 50279539 |
| SAFECO Insurance Company of Illinois | 041347290 | R.B. | $587.36 | 7/2/2020 | 50312791 |
| LM General Insurance Company | 041068174 | N.A. | $2,460.66 | 7/20/2020 | 50438062 |
| LM General Insurance Company | 039510452 | J.S. | $1,917.75 | 7/27/2020 | 50495373 |
| LM General Insurance Company | 038240933 | E.T. | $2,513.18 | 7/29/2020 | 50517969 |
| LM General Insurance Company | 040896311 | W.E. | $601.66 | 9/29/2020 | 51025553 |
| LM General Insurance Company | 040896311 | W.E. | $890.32 | 9/29/2020 | 51025738 |
| LM General Insurance Company | 040896311 | W.E. | $868.18 | 9/29/2020 | 51025739 |
| LM General Insurance Company | 040896311 | W.E. | $902.98 | 9/29/2020 | 51025740 |
| LM General Insurance Company | 040896311 | W.E. | $902.98 | 9/29/2020 | 51025741 |
| LM General Insurance Company | 040896311 | W.E. | $2,363.24 | 9/29/2020 | 51025742 |
| LM General Insurance Company | 040896311 | W.E. | $902.98 | 9/29/2020 | 51025743 |
| LM General Insurance Company | 040896311 | W.E. | $587.36 | 9/29/2020 | 51025744 |
| LM General Insurance Company | 040896311 | W.E. | $902.98 | 9/29/2020 | 51025745 |

LM General Insurance Company, et al. v. Northland Radiology, Inc. et al.
Exhibit 14 - Michigan Business Management Group Inc. Damages Chart

| | | | | | |
|---|---|---|---|---|---|
| LM General Insurance Company | 041068174 | N.A. | $1,776.46 | 10/29/2020 | 51278431 |
| Liberty Mutual Personal Insurance Company | 046196007 | M.H. | $1,911.44 | 9/15/2021 | 53783251 |
| LM General Insurance Company | 042908658 | F.A. | $2,815.81 | 9/23/2021 | 53852429 |
| LM Insurance Corporation | 031321201 | N.A. | $902.98 | 9/28/2021 | 53881550 |
| Liberty Mutual Personal Insurance Company | 045651558 | C.H. | $946.48 | 11/16/2021 | 54279082 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $946.48 | 11/16/2021 | 54279083 |
| Liberty Mutual Personal Insurance Company | 045651558 | C.H. | $280.78 | 12/7/2021 | 54429760 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $946.48 | 12/16/2021 | 54510082 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $946.48 | 1/4/2022 | 54627552 |

**Total Damages** $79,430.79