# EXHIBIT 15

LM General Insurance Company, et al. v. Northland Radiology, Inc., et al.

**Exhibit 15 - Med Care Wellness, Inc. Damages Chart**

| Payor | Claim Number | Patient Initials | Payment | Payment Date | Check Number |
|---|---|---|---|---|---|
| LM General Insurance Company | 039233031 | V.K. | $1,084.73 | 8/12/2019 | 47454091 |
| LM General Insurance Company | 034664282 | A.P. | $1,720.00 | 9/4/2019 | 47687411 |
| LM General Insurance Company | 039233031 | V.K. | $3,100.00 | 11/5/2019 | 48288729 |
| LM General Insurance Company | 039233031 | M.B. | $197.20 | 12/13/2019 | 48642550 |
| LM General Insurance Company | 039233031 | V.K. | $472.20 | 12/13/2019 | 48642551 |
| SAFECO Insurance Company of Illinois | 619492756051 | P.P. | $5,586.35 | 12/19/2019 | 3530104 |
| LM General Insurance Company | 041529033 | S.J. | $2,135.35 | 1/23/2020 | 49001004 |
| LM General Insurance Company | 040913403 | D.J. | $249.99 | 8/10/2020 | 50602114 |
| LM General Insurance Company | 040896311 | W.E. | $1,130.26 | 9/29/2020 | 51025246 |
| LM Insurance Corporation | 042016272 | L.M. | $183.33 | 10/1/2020 | 51048541 |
| Liberty Mutual Personal Insurance Company | 045138759 | R.H. | $180.03 | 4/28/2021 | 52730629 |

**Total Damages   $16,039.44**