UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LM GENERAL INSURANCE
COMPANY, et al.,

        Plaintiffs,

v.

NORTHLAND RADIOLOGY, INC.,
et al.,

        Defendants.
_____/

Case No. 2:22-cv-12211

HONORABLE STEPHEN J. MURPHY, III

**STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AS TO DEFENDANT PIONEER LAB HOUSTON LP ONLY**

    This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

    **WHEREFORE**, it is hereby **ORDERED** that Plaintiffs' causes of action against Defendant Pioneer Lab Houston LP are **DISMISSED WITH PREJUDICE** and without costs to any party.

    **IT IS FURTHER ORDERED** that the Court will **RETAIN JURISDICTION** over the matter to enforce the terms of settlement reached between the parties.

    **SO ORDERED.**

                          s/ Stephen J. Murphy, III
                          STEPHEN J. MURPHY, III
                          United States District Judge

Dated: December 21, 2022

# **STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by and between Plaintiffs LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Personal Insurance Company, and Safeco Insurance Company of Illinois (collectively, "Liberty Mutual") and Defendant Pioneer Lab Houston LP ("Pioneer Lab"), by and through their undersigned counsel, that this case be dismissed with prejudice as to Defendant Pioneer Lab only, without costs or fees of any kind to any party. It is also hereby agreed by the parties that the Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

STIPULATED AND AGREED TO THIS 21st DAY OF DECEMBER, 2022:

| *LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Personal Insurance Company, and Safeco Insurance Company of Illinois,* | *Pioneer Lab Houston LP,* |
|---|---|
| By their Attorneys, | By its Attorneys, |
| */s/ Andrew H. DeNinno* | */s/ Robert Dindoffer* |
| Nathan A. Tilden (P76969)<br>ntilden@ktmpc.com<br>Andrew H. DeNinno<br>adeninno@ktmpc.com<br>Brian M. Epstein<br>bepstein@ktmpc.com<br>KING, TILDEN, MCETTRICK & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite Street, Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | Robert Dindoffer (P72319)<br>rdindoffer@thehlp.com<br>Carey Kalmowitz<br>ckalmowitz@thehlp.com<br>THE HEALTH LAW PARTNERS<br>32000 Northwestern, #240<br>Farmington Hills, MI 48334<br>(313) 230-1121 |