UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LM GENERAL INSURANCE
COMPANY, et al.,

Case No. 2:22-cv-12211

        Plaintiffs,

HONORABLE STEPHEN J. MURPHY, III

v.

NORTHLAND RADIOLOGY, INC,
et al.,

        Defendants.
_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NORTHLAND RADIOLOGY, INC. AND MILAN GANDHI ONLY

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

**WHEREFORE**, it is hereby **ORDERED** that Plaintiffs' causes of action against Defendants Northland Radiology, Inc. and Milan Gandhi are **DISMISSED WITH PREJUDICE** and without costs to any party. The Court will retain jurisdiction over the matter to enforce the terms of settlement reached between the parties.

**SO ORDERED.**

                                                  s/ Stephen J. Murphy, III
                                                  STEPHEN J. MURPHY, III
                                                  United States District Judge

Dated: February 27, 2023

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by and between plaintiffs LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Personal Insurance Company, and Safeco Insurance Company of Illinois (collectively, "Liberty Mutual") and defendants Northland Radiology, Inc. ("Northland") and Milan Gandhi ("Gandhi"), by and through their undersigned counsel, that this case be dismissed with prejudice as to defendants Northland and Gandhi only, without costs or fees of any kind to any party. It is also hereby agreed by the parties that the Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

**STIPULATED AND AGREED TO THIS 24th DAY OF FEBRUARY, 2023:**

| | |
|---|---|
| *LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Personal Insurance Company, and Safeco Insurance Company of Illinois,* | *Northland Radiology, Inc. and Milan Gandhi,* |
| By their Attorneys, | By their Attorneys, |
| */s/ Andrew H. DeNinno*<br>_____<br>Nathan A. Tilden (P76969)<br>ntilden@ktmpc.com<br>Andrew H. DeNinno<br>adeninno@ktmpc.com<br>Brian M. Epstein<br>bepstein@ktmpc.com<br>KING, TILDEN, MCETTRICK & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite Street, Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | */s/ Peter W. Joelson*<br>_____<br>Gary R. Blumberg (P29820)<br>gblumberg@blumbergpc.com<br>GARY R. BLUMBERG, PC<br>198 W. Outer Drive, Suite 206-E<br>Dearborn, MI 48124<br>(313) 230-1121<br><br>Peter W. Joelson (P51468)<br>pwj@jrlawplc.com<br>Emily R. Warren (P76675)<br>ewarren@jrlawplc.com<br>JOELSON ROSENBERG, PLC<br>30665 Northwestern Highway, Suite 200<br>Farmington Hills, Michigan 48334<br>(248) 626-9966 |