UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LM GENERAL INSURANCE
COMPANY, et al.,  Case No. 2:22-cv-12211

    Plaintiffs,  HONORABLE STEPHEN J. MURPHY, III

v.

NORTHLAND RADIOLOGY, INC.,
et al.,

    Defendants.
_____/

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MED CARE WELLNESS, INC. ONLY

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

**WHEREFORE**, it is hereby **ORDERED** that Plaintiffs' causes of action against Defendant Med Care Wellness, Inc. are **DISMISSED WITH PREJUDICE** and without costs to any party. The Court will retain jurisdiction over the matter to enforce the terms of settlement reached between the parties.

**SO ORDERED.**

                                          s/ Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: March 24, 2023

## **STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by and between plaintiffs LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Personal Insurance Company, and Safeco Insurance Company of Illinois (collectively, "Liberty Mutual") and defendant Med Care Wellness, Inc. ("Med Care"), by and through their undersigned counsel, that this case be dismissed with prejudice as to defendant Med Care only, without costs or fees of any kind to any party. It is also hereby agreed by the parties that the Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

**STIPULATED AND AGREED TO THIS 23rd DAY OF MARCH, 2023:**

| | |
|---|---|
| *LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Personal Insurance Company, and Safeco Insurance Company of Illinois,* | *Med Care Wellness, Inc.,* |
| By their Attorneys, | By its Attorneys, |
| */s/ Andrew H. DeNinno* | */s/ Peter W. Joelson* |
| _____ | _____ |
| Nathan A. Tilden (P76969) | Gary R. Blumberg (P29820) |
| ntilden@ktmpc.com | gblumberg@blumbergpc.com |
| Andrew H. DeNinno | GARY R. BLUMBERG, PC |
| adeninno@ktmpc.com | 198 W. Outer Drive, Suite 206-E |
| Brian M. Epstein | Dearborn, MI 48124 |
| bepstein@ktmpc.com | (313) 230-1121 |
| KING, TILDEN, MCETTRICK & BRINK | |
| 38777 Six Mile Road, Suite 314 | Peter W. Joelson (P51468) |
| Livonia, MI 48152 | pwj@jrlawplc.com |
| | Emily R. Warren (P76675) |
| 350 Granite Street, Suite 2204 | ewarren@jrlawplc.com |
| Braintree, MA 02184 | JOELSON ROSENBERG, PLC |
| (617) 770-2214 | 30665 Northwestern Highway, Suite 200 |
| | Farmington Hills, Michigan 48334 |
| | (248) 626-9966 |