UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LM GENERAL INSURANCE
COMPANY, et al.,       Case No. 2:22-cv-12211

        Plaintiffs,       HONORABLE STEPHEN J. MURPHY, III

v.

NORTHLAND RADIOLOGY, INC,
et al.,

        Defendants.
                                         /

## STIPULATION AND ORDER DISMISSING CASE

Plaintiffs filed the present case against ten Defendants. ECF 1. In December 2022, Plaintiffs and Defendant Pioneer Lab Houston stipulated to the dismissal with prejudice of Pioneer Lab Houston. ECF 46. In February 2023, Plaintiffs and Defendants Milan Gandhi and Northland Radiology stipulated to the dismissal with prejudice of Milan Gandhi and Northland Radiology. ECF 50. And in March 2023, Plaintiffs and Defendant Med Care Wellness stipulated to the dismissal with prejudice of Med Care Wellness. ECF 51. Six Defendants remained.

Before the Court is a final stipulation between Plaintiffs and the remaining six Defendants for the dismissal with prejudice of those Defendants: Great Lakes Pain & Injury Centers, Live Well Health, Kevin T. Crawford, D.O., P.C., Michigan Business Management Group, Giovanny Rodriguez, and Kevin Crawford. The Court will enter the stipulation. Because all Defendants have been dismissed with prejudice, the Court will close the case.

1

2

**WHEREFORE**, it is hereby **ORDERED** that the stipulation of the parties is **ENTERED**.

**IT IS FURTHER ORDERED** that the remaining six Defendants, Great Lakes Pain & Injury Centers, Live Well Health, Kevin T. Crawford, D.O., P.C., Michigan Business Management Group, Giovanny Rodriguez, and Kevin Crawford, are **DISMISSED WITH PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III<br>STEPHEN J. MURPHY, III<br>United States District Judge

Dated: April 25, 2023

**STIPULATION OF DISMISSAL WITH
AS TO DEFENDANTS GREAT LAKES PREJUDICE PAIN &
INJURY CENTERS LLC, LIVE WELL HEALTH, LLC, KEVIN T.
CRAWFORD, D.O., P.C., MICHIGAN BUSINESS MANAGEMENT
GROUP INC., GIOVANNY RODRIGUEZ, AND KEVIN CRAWFORD, D.O.**

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by and between Plaintiffs LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Personal Insurance Company, and Safeco Insurance Company of Illinois (collectively, "Liberty Mutual") and Defendants Great Lakes Pain & Injury Centers LLC ("Great Lakes"), Live Well Health, LLC ("Live Well"), Kevin T. Crawford, D.O., P.C. ("Crawford P.C."), Michigan Business Management Group Inc. ("MBMG"), Giovanny Rodriguez ("Rodriguez"), and Kevin Crawford, D.O. ("Crawford"), by and through their undersigned counsel, that this case be **DISMISSED WITH PREJUDICE** as to Defendants Great Lakes, Live Well, Crawford P.C., MBMG, Rodriguez, and Crawford, without costs or fees of any kind to any party. It is also hereby agreed by the parties that the Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

**STIPULATED AND AGREED TO THIS 19th DAY OF APRIL, 2023:**

| | |
|---|---|
| *LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Personal Insurance Company, and Safeco Insurance Company of Illinois,*<br><br>By their Attorneys,<br><br>*/s/ Andrew H. DeNinno*<br>_____<br>Nathan A. Tilden (P76969)<br>ntilden@ktmpc.com<br>Andrew H. DeNinno<br>adeninno@ktmpc.com<br>Brian M. Epstein<br>bepstein@ktmpc.com<br>KING, TILDEN, MCETTRICK & BRINK<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite Street, Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | *Great Lakes Pain & Injury Centers LLC, Live Well Health, LLC, Kevin T. Crawford, D.O., P.C., Michigan Business Management Group Inc., Giovanny Rodriguez, and Kevin Crawford, D.O.,*<br><br>By their Attorneys,<br><br>*/s/ Peter W. Joelson*<br>_____<br>Gary R. Blumberg (P29820)<br>gblumberg@blumbergpc.com<br>GARY R. BLUMBERG, PC<br>198 W. Outer Drive, Suite 206-E<br>Dearborn, MI 48124<br>(313) 230-1121<br><br>Peter W. Joelson (P51468)<br>pwj@jrlawplc.com<br>Emily R. Warren (P76675)<br>ewarren@jrlawplc.com<br>JOELSON ROSENBERG, PLC<br>30665 Northwestern Highway, Suite 200<br>Farmington Hills, Michigan 48334<br>(248) 626-9966 |